Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-387-366

**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
March 20, 2024

---

### Title

**Title of Work:** Woman Yelling at Cat - Ukiyo-e Style

### Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 26, 2019
**Nation of 1st Publication:** United States

### Author

- **Author:** Griffin Waldau
  **Pseudonym:** Ukiyomemes
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1979
  **Pseudonymous:** Yes

### Copyright Claimant

**Copyright Claimant:** Griffin Waldau
10848 NE 68th Street, Apt 307, Kirkland, WA, 98033, United States

### Certification

**Name:** Reginald Bruner
**Date:** January 17, 2024
**Applicant's Tracking Number:** 80110678

Page 1 of 1

 



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-755**

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Longcat vs. Tacgnol - Ukiyo-e Style

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 16, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Griffin Waldau
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Griffin Waldau
10848 NE 68th Street, Apt 307, Kirkland, WA, 98033, United States

## Rights and Permissions

**Name:** Griffin Waldau
**Email:** griffinisland@gmail.com
**Address:** 10848 NE 68th Street, Apt 307
Kirkland, WA 98033 United States

## Certification

**Name:** David Denholm
**Date:** May 16, 2025
**Applicant's Tracking Number:** GW2025051601



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-557**

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
July 29, 2025

## Title
          **Title of Work:** Doge Meme - Japanese Ukiyo-e Style

## Completion/Publication
    **Year of Completion:** 2020
  **Date of 1st Publication:** June 08, 2020
**Nation of 1st Publication:** United States

## Author

             •    **Author:** Griffin Waldau
      **Author Created:** 2-D artwork
           **Citizen of:** United States

## Copyright Claimant
    **Copyright Claimant:** Griffin Waldau
               10848 NE 68th Street, Apt 307, Kirkland, WA, 98033, United States

## Rights and Permissions
             **Name:** Griffin Waldau
             **Email:** griffinisland@gmail.com
          **Address:** 10848 NE 68th Street, Apt 307
                        Kirkland, WA 98033 United States

## Certification
              **Name:** David Denholm
              **Date:** May 16, 2025
**Applicant's Tracking Number:** GW2025051602

